IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00576-PAB-KMT

STATE RESOURCES CORP., an Iowa corporation,

    Plaintiff,

v.

NATURE'S WAY DAIRY LLC, et al.,

    Defendants.

---

**ORDER DENYING MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT NATURE'S WAY DAIRY LLC**

---

This matter comes before the Court on plaintiff's Verified Motion for Entry of Default Judgment Against Defendant Nature's Way Dairy LLC [Docket No 22].

In order to obtain a judgment by default, a party must follow the two-step process described in Federal Rule of Civil Procedure 55: first, he or she must seek an entry of default from the Clerk of the Court under Rule 55(a); second, after default has been entered by the Clerk, the party must seek default judgment according to the strictures of Rule 55(b). *Williams v. Smithson*, No. 95-7019, 1995 WL 365988 at *1 (10th Cir. June 20, 1995) (unpublished table opinion) (citing *Meehan v. Snow*, 652 F.2d 274, 276 (2nd Cir. 1981)); *Nasious v. Nu-Way Real Estate*, No. 07-cv-01177-REB-MEH, 2008 WL 659667, at *1 (D. Colo. Mar. 6, 2008). Failure to successfully complete the first step of obtaining an entry of default necessarily precludes the granting of default

judgment in step two.  See *Williams*, 1995 WL 365988 at *1; *Nasious*, 2008 WL 659667, at *1.

In the present case, pursuant to the power granted in Federal Rule of Civil Procedure 55(a), the Clerk of the Court denied plaintiff's request for entry of default due to improper service of the Summons and Complaint [Docket No. 25].  See Fed. R. Civ. P. 55(a) ("When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.").

Because the plaintiff failed to obtain an entry of default under Rule 55(a) at step one, it may not obtain a default judgment at step two.  Therefore, it is

**ORDERED** that plaintiff's motion for default judgment [Docket No. 22] is DENIED.

DATED November 2, 2010.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge