IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00576-PAB-KMT

STATES RESOURCES CORP., an Iowa corporation,

    Plaintiff,

v.

NATURE'S WAY DAIRY LLC, a Colorado Limited Liability Company,
RONALD A. COOK,
PATRICIA COOK, and
GEORGE T. COOK, also known as GEORGE TRENT COOK,

    Defendants.

## ORDER

This matter is before the Court on plaintiff's Motion to Dismiss Defendant Ronald A. Cook and Defendant Patricia Cook Without Prejudice [Docket No. 45].  The Court being fully apprised of the motion's premises, it is

**ORDERED** that plaintiff's Motion to Dismiss Defendant Ronald A. Cook and Defendant Patricia Cook Without Prejudice [Docket No. 45] is GRANTED.  All of plaintiff's claims against defendants Ronald A. Cook and Patricia Cook are dismissed without prejudice.

    DATED June 2, 2011.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge